UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM L. NOVAK, | : |
|       Plaintiff, | : |
| -vs- | :   CIVIL ACTION NO. 04-0632 |
| PROGRESSIVE HALCYON INSURANCE COMPANY (FORMALLY HALCYON INSURANCE COMPANY), PROGRESSIVE CASUALTY INSURANCE COMPANY AND PROGRESSIVE INSURANCE GROUP, A/K/A PROGRESSIVE | :   (Judge Kosik) |
|       Defendants | : |

## **MEMORANDUM AND ORDER**

The defense has filed a motion *in limine* to preclude evidence regarding the defendants' violations of the Pennsylvania Unfair Insurance Practices Act (UIPA) and the Pennsylvania Unfair Claims Settlement Practices Regulations (UCSPR). The motion has been briefed.

Without minimizing the effort of both counsel, we wish to note that in our Memorandum and Order of April 5, 2005 denying the cross-motions for summary judgment, we have already held that conduct consisting of violations of unfair insurance practices, although not per se evidence of bad faith, may be admissible in

a bad faith claim, especially if coupled with repeated conduct.  We cited authority for such a conclusion.

    Accordingly, the defense motion is **denied**.

    SO ORDERED.

                                                    s/Edwin M. Kosik
                                                    United States District Judge

Date: June 8, 2005